155 P.3d 1156

# SUPREME COURT OF HAWAI'I

Wailuku Agribusiness Co., Inc. v.
  Ah Sam ...................... 25930    04/19/2007  Denied      114 Hawai'i 24,
                                                  155 P.3d 1125

State v. Laeda.................... 27134    04/17/2007  Denied      —— Hawai'i ——,
                                                 —— P.3d ——